AO 91 (Rev. 11/11) Criminal Complaint   (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br><br>v.<br><br>ANTEL BRADEN<br><br>*Defendant(s)* | )<br>)<br>)<br>)  Case No. 3 : 26 **144**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    March 25, 2026    in the county of    Montogmery    in the

Southern    District of    Ohio    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 3146(a)(2) and (b)(1)(A)(i) | Failure to Surrender for Service of Sentence |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

**DUSM Ivan Garcia, USMS**
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone    *(specify reliable electronic means)*.

Date:  4/16/2026

*Judge's signature*

City and state:    Dayton, Ohio

**UNITED STATES MAGISTRATE JUDGE**
*Printed name and title*

## AFFIDAVIT

I, Deputy United States Marshal Ivan Garcia, being duly sworn, do hereby declare and state the following:

1.     I am a Deputy United States Marshal (DUSM) assigned to the Southern District of Ohio, Dayton Office. I have been employed since August of 2012 with the United States Marshals Service (USMS). Over the duration of my career as a Criminal Investigator, I have investigated and assisted in hundreds of fugitive investigations involving different violations of federal law. At the present time, my responsibilities at the USMS include but are not limited to conducting investigations to locate and apprehend fugitives from justice for federal and state criminal violations.

2.     I am currently investigating Antel BRADEN for Failure to Surrender for Service of Sentence, in violation of 18 U.S.C. §§ 3146(a)(2) and (b)(1)(A)(i).

3.     On or about March 25, 2026, BRADEN, having been released pursuant to the Bail Reform Act while awaiting surrender for service of a sentence after conviction for conspiracy to possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine-- a violation of 21 U.S.C. 841(a)(1) and (b)(1)(C), a felony punishable up to 20 years in prison-- in *United States v. Antel Braden*, Case No. 3:24-cr-86 (1), a matter pending in the United States District Court for the Southern District of Ohio, knowingly and willfully failed to surrender for service of a sentence as ordered by the court - namely, BRADEN knowingly and willfully failed to report to a Bureau of Prisons Facility as directed by the voluntary surrender letter that was sent to him, on or before March 25, 2026 to serve a 96 month term of imprisonment as ordered by the court.

4.      It is a violation of federal law for a defendant who was released pursuant to the Bail Reform Act of 1966 and was required to surrender to the courts for service of a sentence, and was aware of the requirement to surrender, fail to surrender as required and was willful in his failure to surrender. 18 U.S.C. § 3146(a)(2).

5.      My investigation began on March 25, 2026, after United States District Judge Michael J. Newman issued an arrest warrant for BRADEN for failure to voluntarily surrender to the Bureau of Prisons (BOP). *United States v. Antel Braden*, Southern District of Ohio Case No. 3:24-cr-86, Doc. No. 88.

6.      As detailed above, on February 11, 2026, BRADEN was sentenced to 96 months in prison after pleading guilty to conspiracy to possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a schedule II controlled substance. *Id.* at Doc. No. 81. District Judge Newman permitted BRADEN to voluntarily surrender to the BOP. *Id.* at PageID # 388.

7.      On March 24, 2026, the day before BRADEN was to surrender to the BOP, he requested through counsel, an extension of voluntary surrender. *Id.* at Doc. No. 85. ("Mr. Braden has been notified by the Bureau of Prisons that he is to self-surrender on March 25, 2026.") On March 24, 2026, the District Court denied BRADEN's motion to extend his voluntary surrender. Doc. No. 86.

8.      On March 25, 2026, BRADEN failed to surrender to the Bureau of Prisons as required. BRADEN was being supervised by the United States Pretrial Office for the Southern District of Ohio (USPO) and was on a GPS monitor. On March 25, 2026, USPO was notified that BRADEN cut his monitor.

9.      As of this date, BRADEN has not surrendered and his whereabouts are unknown.

## CONCLUSION

10. Based on the aforementioned facts, I respectfully submit that there is probable cause to believe that on or about March 25, 2026, BRADEN, having been released pursuant to the Bail Reform Act while awaiting surrender for service of a sentence after conviction for conspiracy to possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine-- a violation of 21 U.S.C. 841(a)(1) and (b)(1)(C), a felony punishable up to 20 years in prison-- in *United States v. Antel Braden*, Case No. 3:24-cr-86 (1), a matter pending in the United States District Court for the Southern District of Ohio, knowingly and willfully failed to surrender for service of a sentence as ordered by the court - namely, BRADEN knowingly and willfully failed to report to a Bureau of Prisons Facility as directed by the voluntary surrender letter that was sent to him, on or before March 25, 2026 to serve a 96 month term of imprisonment as ordered by the court.

Ivan Garcia
Deputy United States Marshal
United States Marshals Service
Southern District of Ohio
Dayton, Ohio

Subscribed and sworn before me by telephone on 16 April 2026.

United States Magistrate Judge