UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

ANTEL BRADEN,

     Defendant.

Case No. 3:26-cr-35

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 19); (2) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 1 OF THE INFORMATION; AND (3) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

This criminal case is before the Court on the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc. No. 19), recommending that the Court accept Defendant's guilty plea. There being no objections to the well-reasoned R&R, the Court **ADOPTS** the R&R in full. The Court **ACCEPTS** Defendant's plea of guilty as charged in Count 1 of the Information, which charges him with failing to surrender for service of his sentence, in violation of Title 18 U.S.C. §§ 3146(a)(2) and (b)(1)(A)(i). The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

     **IT IS SO ORDERED.**

  June 1, 2026                         s/Michael J. Newman
                                       Hon. Michael J. Newman
                                       United States District Judge